O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ONDREA TYE, an individual, | ) | Case No. CV 14-06160 DDP (JCx) |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |
| v. | ) | |
| JEANETTE RUNYON, an individual, | ) | |
| Defendant. | ) | |

    Plaintiff Ondrea Tye is ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff filed this action to this Court on the basis of diversity jurisdiction. District courts have original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." 28 U.S.C. § 1332(a). Plaintiff has not shown that the amount in controversy exceeds the sum or value of $75,000.

    Plaintiff relies on the conclusory statement that the amount of controversy exceeds $75,000 exclusive of interest and costs. In Plaintiff's prayer for relief, Plaintiff seeks "monetary damages in

excess of $75,000 or according to proof." (Compl. p. 18.)  The court finds no indication that this action will meet the amount in controversy. "[I]f, from the face of the pleadings, it is apparent, to a legal certainty, that the plaintiff cannot recover the amount claimed . . . the suit will be dismissed." St. Paul Mercury Indem. Co. v. Red Cab Co., 303 U.S. 283, 289 (1938). From the face of the complaint, the Court does not understand how the plaintiff's damages will exceed $75,000.

Accordingly, the Court orders Plaintiff to file a brief, not to exceed five pages, within 10 days of the date of this order, showing cause why this action should not be remanded for lack of jurisdiction.  Plaintiff should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. The Court will regard any failure to file an explanatory brief as consent to remand this matter.

IT IS SO ORDERED.

Dated: October 16, 2014

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge